JOSEPHINE MACALUSO, an Infant, by LENA MACALUSO, Her Guardian ad Litem, et al., Appellants, *v.* FRESH AIR RECREATION Co., INC., Respondent.

Submitted July 20, 1943; decided July 20, 1943.

*Frank J. Wheelan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.

JOSEPHINE A. HARRINGTON, Respondent, *v.* ROBERT P. HARRINGTON, Appellant.

Submitted July 20, 1943; decided July 20, 1943.

MOTION to direct filing of the remittitur dismissed, without costs, since it appears by affidavits of defendant's attorneys that after the motion was made they complied with the request of plaintiff's attorney. (See 290 N. Y. 126.)